777 A.2d 1048

MAIN LINE HEALTH, INC., a Pennsylvania Not-For-Profit Corporation, and American Excess Insurance Exchange–Risk Retention Group, Inc., a Vermont Reciprocal, Appellants,

v.

The PENNSYLVANIA MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, John H. Reed, in his Capacity as the Director of the Pennsylvania Medical Professional Liability Catastrophe Loss Fund, John H. Reed, M. Diane Koken, Thomas J. Judge, Sr., Joseph Cesare, Joan R. Richards, Howard F. Messer, Charles D. Hummer, Jr., David Zuern, Gary Veshecco, Robert Lohr and Shanin Spector, each in his/her Capacity as a Member of the Advisory Board of the Pennsylvania Medical Professional Liability Catastrophe Loss Fund, and the Pennsylvania Property and Casualty Insurance Guaranty Association, Appellees.

Supreme Court of Pennsylvania.

Argued April 30, 2001.

Decided May 10, 2001.

Richard K. Masterson, Miles J. Zaremski, Ila S. Rothschild, Buffalo Grove, IL, for appellants, Main Line Health, et al.

Guy Donatelli, William H. Lamb, West Chester, for appellee, PA Medical Liability.

Lise Luborsky, Philadelphia, for appellee, PA Property Ins.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Order affirmed.

Justice NIGRO dissents.

Justice NEWMAN did not participate in the consideration or decision of this case.

777 A.2d 1049

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Leslie A. SMALLWOOD, Respondent.**

**No. 675 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 14, 2001.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of May, 2001, an Order and Rule to Show Cause having been entered by this Court on April 6, 2001, and no response to the Rule to Show Cause having been filed, it is ORDERED that:

1. The Rule is made absolute and respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa. R.D.E.;

3. The President Judge of the Court of Common Pleas of Philadelphia County, in accordance with Rule 217(g), Pa. R.D.E., shall take such further action and make such further orders as may appear necessary to protect the rights and interests of respondent's clients; and

4. All financial institutions in Pennsylvania in which respondent holds accounts containing fiduciary funds shall freeze such accounts pending further order of this Court.